UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.: 1:16-cv-11644-WGY

RAOUL MARRADI,

       Plaintiff,

vs.

DWF IV SYNERGY 71-87 SUMMER, LLC,
WENDY'S OLD FASHIONED HAMBURGERS
OF NEW YORK, LLC, and WENDY'S OF
NEW ENGLAND, LLC,

       Defendants.

_____/

## STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF DWF IV SYNERGY 71-87 SUMMER, LLC, ONLY

The Parties, pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., hereby stipulate to the voluntary dismissal of this action as to DWF IV SYNGERGY 71-87 SUMMER, LLC, with prejudice, with each party to bear their own attorney's fees, litigation expenses and costs, except as agreed to by the Parties in the settlement agreement.  This action shall remain pending as to the remaining Defendants.

Dated this 18th day of October, 2016.

Respectfully submitted,

By:    /s/Edward N. Garno, Esq.
Edward N. Garno, Esq.
147 Central Street, Suite 213
Lowell, Massachusetts 01852
Telephone:  (978) 687-7805
Facsimile:  (978) 446-1311
E-mail:  nedgarno@hotmail.com
Massachusetts Bar No.:  564378
Counsel for Plaintiff

By:    /s/Todd W. Shulby, Esq.
Todd W. Shulby, Esq.
Todd W. Shulby, P.A.
1792 Bell Tower Lane
Weston, Florida 33326
Telephone:  (954) 530-2236
Facsimile:  (954) 530-6628
E-mail:  tshulby@shulbylaw.com
Florida Bar No.: 068365
Counsel for Plaintiff

By:    /s/Daniel P. Dain, Esq.
Daniel P. Dain, Esq.
Massachusetts Bar No.: 632411
E-mail: ddain@daintorpy.com
Michael J. McDermott, Esq.
Massachusetts Bar No.: 685223
E-mail: mmcdermott@daintorpy.com
Dain, Torpy, Le Ray, Wiest, & Garner, P.C.
745 Atlantic Ave., 5th Floor
Boston, Massachusetts 02111
Telephone: (617) 542-4800
Facsimile: (617) 542-4808

<u>CERTIFICATE OF SERVICE</u>

WE HEREBY CERTIFY that on <u>October 18, 2016,</u> we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: All counsel of record.

WE HEREBY CERTIFY that on <u>October 18, 2016,</u> we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and will mail a copy of the foregoing and notice of electronic filing to the following non-CM/ECF participants: None.

By:     <u>/s/Todd W. Shulby, Esq.</u>
        For Todd W. Shulby, P.A.