UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.: 1:16-CV-11644-WGY

RAOUL MARRADI,

    Plaintiff,

vs.

DWF IV SYNERGY 71-87 SUMMER, LLC,
WENDY'S OLD FASHIONED HAMBURGERS
OF NEW YORK, LLC, and WENDY'S OF
NEW ENGLAND, LLC,

    Defendants.
_____/

## STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF WENDY'S OLD FASHIONED HAMBURGERS OF NEW YORK, LLC, and WENDY'S OF NEW ENGLAND, LLC

The Parties, pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., hereby stipulate to the voluntary dismissal of this action as to WENDY'S OLD FASHIONED HAMBURGERS OF NEW YORK, LLC, and WENDY'S OF NEW ENGLAND, LLC with prejudice, with each party to bear their own attorney's fees, litigation expenses and costs, except as agreed to by the Parties in the settlement agreement. This action was previously dismissed as to DWF IV SYNGERGY 71-87 SUMMER, LLC. Therefore, the case is now dismissed in its entirety.

Respectfully submitted,

| | |
|---|---|
| The Plaintiff,<br>By his attorneys, | The Defendants,<br>By their attorney, |
| /s/Edward N. Garno, Esq.<br>Edward N. Garno, Esq.<br>147 Central Street, Suite 213<br>Lowell, Massachusetts 01852<br>Telephone: (978) 687-7805<br>Facsimile: (978) 446-1311<br>E-mail: nedgarno@hotmail.com<br>Massachusetts Bar No.: 564378<br>Lead Counsel for Plaintiff | /s/Jeffrey M. Rosin, Esq.<br>Jeffrey M. Rosin, Esq.<br>Constangy, Brooks, Smith & Prophete, LLP<br>535 Boylston Street, Suite 902<br>Boston, Massachusetts 02116<br>Telephone: (617) 849-7882<br>Facsimile: (617) 849-7872<br>E-mail: jrosin@constangy.com<br>Massachusetts Bar No.: 629216<br>Counsel for Defendants<br>Wendy's Old Fashioned Hamburgers<br>of New York, LLC<br>and Wendy's of New England, LLC |
| /s/Todd W. Shulby, Esq.<br>Todd W. Shulby, Esq.<br>Todd W. Shulby, P.A.<br>1792 Bell Tower Lane<br>Weston, Florida 33326<br>Telephone: (954) 530-2236<br>Facsimile: (954) 530-6628<br>E-mail: tshulby@shulbylaw.com<br>Florida Bar No.: 068365<br>Co-Counsel for Plaintiff | |

CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on March 6, 2017, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Michael J. McDermott, Esq., Jeffrey M. Rosin, Esq. and Robert P. Floyd, Esq.

WE HEREBY CERTIFY that on March 6, 2017, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and will furnish a copy of the foregoing to the following non-CM/ECF participants: None.

By:   /s/Todd W. Shulby, Esq.
       Todd W. Shulby, Esq.